# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,** | |
| Plaintiff, | Civil Action No: 2:25-cv-00011-RWS-RSP |
| v. | PATENT CASE |
| **TACO BUENO RESTAURANTS, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |

**PROPOSED ORDER GRANTING DEFENDANT TACO BUENO RESTAURANTS, INC.'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is Defendant Taco Bueno Restaurants, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings (the "Motion").

Having heard the Motion and all briefing, the Court is of the opinion the Motion should be granted.